80), the order appealed from must be affirmed. Order affirmed, with costs and disbursements.

DAVIS v. DAVIS. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Carrie C. Davis against Emma L. Davis. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

DAVISON, Appellant, v. WELLS, Sheriff, Respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Charles G. Davison, as receiver, etc., of Jennie E. Morch, against J. Sheridan Wells, as sheriff of Suffolk county. No opinion. Motion to dismiss appeal denied.

DEANE v. SIRE. (Supreme Court, Appellate Division, First Department. November 17, 1905.) Action by Sydney Deane against Leander S. Sire. No opinion. Motion denied, with $10 costs.

DEMPSEY, Respondent, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by John J. Dempsey against the board of education of the city of New York. No opinion. Judgment unanimously affirmed, with costs.

In re DEPARTMENT OF DOCKS. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of the department of docks. No opinion. Motion denied, with leave to renew after the decision of the motion in the court below.

DETWILER, Respondent, v. DOWLING, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Thomas N. Detwiler against John F. Dowling, impleaded. M. Kendall, for appellants. R. P. Chittenden, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re DEVINE. (Supreme Court, Appellate Division, First Department. July 7, 1905.) In the matter of Thomas F. Devine. E. Schenck, for appellant. J. A. Delehanty, for respondent. No opinion. Order modified, by deducting $100, and, as modified, affirmed, without costs.

In re DE VOE. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) In the matter of the judicial settlement of the account of Rita W. De Voe, as administratrix, etc., of Charles P. Ebbetts, deceased. No opinion. Motion granted, and order resettled, so as to allow costs, payable out of the estate, to each group of respondents appearing by separate attorney.

DICKEY, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Adam Dickey against the International Railway Company.

PER CURIAM. Order affirmed, with costs. Held, that it must be assumed that the order granting the motion for a new trial was granted, upon the ground, among others, that the verdict was against the weight of the evidence, and that, this being so, said order should be affirmed, without passing upon the question whether, as matter of law, the plaintiff was entitled to go to the jury.

DICKINSON, Appellant, v. HARRIS, Respondent. (Supreme Court, Appellate Term. November 24, 1905.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Joseph H. Dickinson against Henry Harris. From an adverse judgment, plaintiff appeals. Reversed. Wilford H. Smith, for appellant. Dittenhoefer, Gerber & James, for respondent.

PER CURIAM. Both parties treat this appeal as one arising upon the plaintiff's notice, dated July 28th, from an order, dated July 19th, setting aside a verdict and vacating a judgment entered in favor of the plaintiff, while the return dated May 25, 1905, discloses no such order, but a judgment entered April 12th, from which there is a notice, dated May 1st, of appeal by the defendant. Taking the appeal, last mentioned, but prior in date, as the one alone here to be considered, the judgment should be reversed, following Thomas v. Williams (decided by this court at the term in October last) 95 N. Y. Supp. 592, because of error in excluding evidence to show the instructions, if any, given by the defendant as to denying or inciting the denial to the plaintiff of full enjoyment of accomodation at the theater conducted by him for conditions not established by law and applicable alike to all citizens. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

SCOTT, P. J. (concurring). In my opinion the evidence was wholly insufficient to justify a submission of the case to the jury, and much less so to sustain a verdict for the plaintiff. I concur that the judgment must be reversed.

DOBBS, Respondent, v. BRINKERHOFF, Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Joseph E. Dobbs against Chilion B. Brinkerhoff. No opinion. Motion denied. See 90 N. Y. Supp. 480.

DOBSON, Respondent, v. VILLAGE OF ONEIDA, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1905.) Action by Victoria B. Dobson against the village of Oneida. No opinion. Motion denied.

DOHERTY, Respondent, v. NEW YORK & N. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Ann Doherty against the New York & North Shore Railway Company. No opinion. Judgment and order unanimously affirmed with costs.

DONNELLY, Appellant, v. WHITAKER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 22, 1905.)